IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| In the Matter of the Search of<br>2608 Saddle Club Road<br>Burlington, North Carolina 27215 | 1:21MJ164<br><br>**ORDER TO SEAL** |
|---|---|

UPON MOTION of the United States of America for an order directing that the search warrant and search warrant application in this matter, the affidavit of the special agent submitted in support of the application for the search warrant, the supplement to the motion to seal, and any return of service, be sealed,

**IT IS HEREBY ORDERED** that the search warrant and search warrant application in this matter, the affidavit of the special agent submitted in support of the application for the search warrant, the supplement to the motion to seal, and any return of service, be sealed until further order of this court.

The Clerk is directed to certify copies of this Order to the United States Attorney's Office.

This the 26th day of May, 2021.

HON. L. PATRICK AULD
UNITED STATES MAGISTRATE JUDGE